IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL BJORLIN,

    Plaintiff,                          No. CIV S-06-1837 LKK DAD P

  vs.

M.T.A. CROW,

    Defendant.                         ORDER

_____/

        Plaintiff has filed a document titled "Application for Enlargement of Time to Properly Research Applicable Laws, Rules and Procedure to Prepare and File Court Documents Necessary to Advance Claims and Effectively and Properly Prosecute Claims." Plaintiff requests sixty days.

        On November 15, 2006, the United States Marshal was directed to notify defendant Crow of the commencement of this action and send her a waiver of service of summons. If defendant Crow signs the waiver, she will have sixty days in which to respond to plaintiff's complaint. If defendant's response is an answer, plaintiff is not entitled to file a reply and the court will not grant leave to file a reply. If defendant's response is a motion, plaintiff will be required to file any opposition to it in accordance with Local Rule 78-230(m) and the court's order filed November 15, 2006. Plaintiff is not required to prepare and file any court

documents at this time and is free to conduct research as he wishes.  Plaintiff's request for enlargement of time will be denied as unnecessary.

   Plaintiff has also requested appointment of counsel.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's request for appointment of counsel will therefore be denied.

   Accordingly, IT IS HEREBY ORDERED that:

   1. Plaintiff's October 27, 2006 application for enlargement of time is denied as unnecessary; and

   2. Plaintiff's October 27, 2006 request for appointment of counsel is denied.

DATED: November 16, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:mp
bjor1837.31