IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL BJORLIN,

    Plaintiff,                       No. CIV S-06-1837 LKK DAD P

    vs.

M.T.A. CROW,

    Defendant.                  <u>ORDER</u>

_____/

        On August 2, 2007, the assigned district judge in this case granted plaintiff's May 11, 2007 request to vacate the judgment, directed the Clerk of the Court is to re-open this case, and referred the proceeding back to the undersigned magistrate judge. In light of the foregoing, the case shall proceed with discovery in accordance with this court's January 25, 2007 discovery order.

        IT IS SO ORDERED.

DATED: September 17, 2007.

                                                        DALE A. DROZD
                                                        UNITED STATES MAGISTRATE JUDGE

DAD:9
bjor1837.pro