1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANIEL BJORLIN,

11          Plaintiff,                    No. CIV S-06-1837 LKK DAD P

12      vs.

13   M.T.A. CROW,

14          Defendant.                    <u>ORDER</u>

15   _____/

16          Plaintiff, a state prisoner proceeding pro se with a civil rights action, has filed two

17   motions for appointment of counsel.  As the court has previously advised plaintiff, the United

18   States Supreme Court has ruled that district courts lack authority to require counsel to represent

19   indigent prisoners in § 1983 cases.  <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298

20   (1989).  In certain exceptional circumstances, the district court may request the voluntary

21   assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017

22   (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).

23          The test for exceptional circumstances requires the court to evaluate the plaintiff's

24   likelihood of success on the merits and the ability of the plaintiff to articulate his claims pro se in

25   light of the complexity of the legal issues involved.  <u>See Wilborn v. Escalderon</u>, 789 F.2d 1328,

26   1331 (9th Cir. 1986); <u>Weygandt v. Look</u>, 718 F.2d 952, 954 (9th Cir. 1983).  Circumstances

1   common to most prisoners, such as lack of legal education and limited law library access, do not

2   establish exceptional circumstances that would warrant a request for voluntary assistance of

3   counsel.  In the present case, the court does not find the required exceptional circumstances.

4              Accordingly, IT IS HEREBY ORDERED that plaintiff's April 30, 2008 motions

5   for appointment of counsel are denied.

6   DATED: May 6, 2008.

7

8                                              _____
                                               DALE A. DROZD
9                                              UNITED STATES MAGISTRATE JUDGE

10   DAD:9:ja
     bjor1837.31(2)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26