IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL BJORLIN,

    Plaintiff,                     No. CIV S-06-1837 LKK DAD P

    vs.

M.T.A. CROW,

    Defendant.          <u>ORDER</u>

_____/

        On April 11, 2008, the court ordered the parties to file a status report. On May 8, 2008, plaintiff filed a timely status report. On May 9, 2008, plaintiff filed a second status report and asked the court to disregard his original status report. On May 12, 2008, plaintiff filed yet a third status report. Good cause appearing, the court will grant plaintiff's request to disregard his original status report. The court will also disregard plaintiff's second status report and proceed on plaintiff's third status report, dated May 6, 2008, and received by the court for filing on May 12, 2008. IT IS SO ORDERED.

DATED: May 14, 2008.

                                      /s/ Dale A. Drozd
                                      DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE

DAD:9
bjor1837.sr