IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL BJORLIN,

    Plaintiff,                No. CIV S-06-1837 LKK DAD P

    vs.

M.T.A. CROW,

    Defendant.            <u>ORDER</u>

                                              /

         Plaintiff, a state prisoner proceeding pro se with a civil rights action, has filed a request for a court order allowing him to appear in person at the jury trial in this action scheduled for June 9, 2009. Plaintiff is advised that such a request is unnecessary. At the appropriate time, the court will issue an order and writ of habeas corpus ad testificandum commanding plaintiff's appearance in court.

         Accordingly, IT IS HEREBY ORDERED that plaintiff's February 27, 2009 request for a court order (Doc. No. 56) is denied as unnecessary.

DATED: March 5, 2009.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
bjor1837.adtest