IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL BJORLIN,

    Plaintiff,      No. CIV S-06-1837 LKK DAD P

vs.

M.T.A. CROW,

    Defendant.      <u>ORDER</u>

_____/

    On March 11, 2009, the court issued findings and recommendations, recommending dismissal of this action due to plaintiff's failure to file a pretrial statement. Plaintiff has since filed a pretrial statement. Good cause appearing, the court will vacate its findings and recommendations.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The court's March 11, 2009 findings and recommendations are vacated; and

    2. Plaintiff's March 25, 2009 request that the court accept his late-filed pretrial statement (Doc. No. 63) is granted.

DATED: April 14, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
bjor1837.vac