IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL BJORLIN,

    Plaintiff,               No. CIV S-06-1837 LKK DAD P

   vs.

M.T.A. CROW,

    Defendant.             ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action commenced on August 17, 2006. On May 18, 2009, the court conducted a trial confirmation hearing in this matter. For reasons discussed at the hearing, the trial date in this matter will be vacated, and defendant Crow will be directed to file a motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

        Accordingly, IT IS HEREBY ORDERED that:

    1. The jury trial set for August 18, 2009 is vacated;

    2. Defendant Crow shall file a motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure on or before July 15, 2009. Plaintiff shall file an

/////

/////

1

opposition within thirty days of service of defendant Crow's motion. Defendant Crow shall file a reply, if any, within fifteen days of service of plaintiff's opposition.

DATED: May 19, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT